UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK LEE, | ) | NO. CV 08-3248-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| VICTOR M. ALMAGER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 16, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE